Geary **RUSHTON**, Appellant,

v.

The **STATE** of Texas, Appellee.

No. 1260–85.

Court of Criminal Appeals of Texas, En Banc.

March 18, 1987.

On appellant's petition for discretionary review: petition dismissed as improvidently granted.

CLINTON, J., dissents.